IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRANCE REASER, #265571, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 16-0354-CG-C |
| | ) |
| C.O. LONG, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection (Doc. 8) is made, the Report and Recommendation (Doc. 7) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED without prejudice** as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that the action be counted as a strike for the purposes of 28 U.S.C. § 1915(g). After due consideration, the Court **GRANTS** Plaintiff's "Motion to Refile Complaint" (Doc. 8). Plaintiff may re-file his complaint in a new action, if he so elects, before the two-year statute of limitations expires.

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the report and recommendation recommending the dismissal of this action, this order adopting the report and recommendation, and the judgment dismissing this action.

**DONE and ORDERED** this 17th day of February, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE