IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRANCE REASER, #265571, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 16-0354-CG-C |
| | ) |
| C.O. LONG, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

**DONE and ORDERED** this 17th day of February, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE